Hideaki Sano (CA Bar No. 248058)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
105 East Main Street
Northville, MI 48167
(248) 679-8711
sano@sppplaw.com

Attorneys for Plaintiff JOHN GREGORY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GREGORY, <br><br> Plaintiff <br><br> vs. <br><br> ACRISURE, LLC, BENEFITS MATCHMAKING LLC and ADAM DEVONE, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: <br> 24-CV-01203-JES-MMP <br><br> Hon. James E. Simmons, Jr. <br> Mag. Michelle M. Pettit <br><br> **PLAINTIFF'S CERTIFICATE OF SERVICE** |

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Wayne, Michigan in the office of a member of the bar of this court at whose direction the service was made. My business address is 105 East Main Street, Northville, MI 48167.

1
PLAINTIFF'S CERTIFICATE OF SERVICE

Pursuant to the Court's Order Requiring Service and Response to Motion to Transfer Venue (Document 6, PageID.38-39), I caused to be served the following document(s):

1. Plaintiff's Unopposed Motion to Transfer Venue, Memorandum of Points and Authorities in Support of Unopposed Motion to Transfer Venue, Plaintiff John Gregory's Notice of Unopposed Motion to Transfer Venue, and Plaintiff's Certificate of Service (Document No. 5, PageID.24-37), and

2. the Court's Order Requiring Service and Response to Motion to Transfer Venue (Document 6, PageID.38-39)

on the person(s) listed below:

    Winston P. Hsiao, Esq.

    Skadden, Arps, Slate, Meagher & Fohm LLP

    300 South Grand Ave., Suite 3400

    Los Angeles, CA 90071

via personal service through a Process Server who hand-delivered said documents and left them with the security at the attorney's business address of record. Please see **Exhibit A** for the Process Server's Proof of Service, which contains additional service details. The above-listed attorney has represented that they are representing Defendants Benefits Matchmaking LLC

and Acrisure, LLC (*see* **Exhibit B**) and have taken actions on behalf of such Defendants (*see* Waivers of the Service of the Summons (Document 3, PageID.21-22)). Given the short deadlines, a courtesy copy of the documents described herein were also served via electronic means by Plaintiff's Counsel, Hideaki Sano, through email on September 24, 2024 to said Defendants' counsel (*see* **Exhibit C**), whose office acknowledged receipt of the same on September 24, 2024. (*See* **Exhibit D)**.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                Respectfully submitted,
                SALVATORE PRESCOTT PORTER
                & PORTER, PLLC

                /s/ Tara Lank
                Tara Lank, Paralegal

DATED: October 1, 2024