# EXHIBIT A

## AFFIDAVIT OF SERVICE

| Case: 24-cv-1203-JES-MMP | Court: U.S. District Court for the Southern District of California | County: San Diego, CA | Job: 11870103 (John Gregory) |
|---|---|---|---|
| Plaintiff / Petitioner: John Gregory | | Defendant / Respondent: Acrisure, LLC, et al. | |
| Received by: PROSRVER | | For: Salvatore Prescott Porter & Porter, PLLC | |
| To be served upon: Winston P. Hsiao, Esq. | | | |

I, Shakeyla Crayton-Small, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** John Doe, Skadden, Arps, Slate, Meagher & Folm LLP: 300 GRAND AVENUE Suite 3400, LOS ANGELES, CA 90071
**Manner of Service:** Substitute Service - Sep 27, 2024, 4:23 pm PDT
**Documents:** Letter to counsel for Acrisure, BBM encl Motion docs [for personal service] 09.25.24.pdf

**Additional Comments:**
1) Unsuccessful Attempt: Sep 27, 2024, 3:24 pm PDT at Skadden, Arps, Slate, Meagher & Folm LLP: 300 GRAND AVENUE Suite 3400, LOS ANGELES, CA 90071

Per arrival spoke with security officer John doe African American male APPROX 60yrs old bald brown eyes 6'3 200lbs called receptionist stated that only documents can be mailed into the office. Security did not allow access into building.

2) Successful Attempt: Sep 27, 2024, 4:23 pm PDT at Skadden, Arps, Slate, Meagher & Folm LLP: 300 GRAND AVENUE Suite 3400, LOS ANGELES, CA 90071 received by John doe. Age: 60; Ethnicity: African American; Gender: Male; Weight: 200; Height: 6'; Hair: Bald; Eyes: Brown; Other: Security of loading dock.

Per Arrival again, I asked the same John Doe to call suite 3400 and John Doe refused to call suite 3400 so I dropped the legal documents and he through the legal documents back at my face, and insulted me. I threw them back and left. African, male, approx 60 years old, bald, brown eyes, 6'3", 200 lbs.

**Fees:** $448.11

_[signature]_                                       09/30/2024

Shakeyla Crayton-Small                              Date
LOS ANGELES/2024005930

PROSRVER
30767 GATEWAY PL SUITE 533
RANCHO MISSION VIEJO, CA 92694
9494316872