# EXHIBIT B

M Gmail                                                                                           Tara Lank <lank@spplaw.com>

## FW: Gregory v. Acrisure

**From:** Hsiao, Winston P <Winston.Hsiao@skadden.com>
**Sent:** Monday, August 12, 2024 4:19 PM
**To:** Hideaki Sano <sano@spplaw.com>
**Cc:** Musante, Alyssa <Alyssa.Musante@skadden.com>
**Subject:** RE: Gregory v. Acrisure

Thanks Mike (moving you to bcc).

Hide – nice to meet you. Here is what the waiver forms would like swapping out Mike with me and my firm. Let me know if you are around tomorrow for a quick intro and touch base. Would like to discuss scheduling – I believe you and Mike spoke briefly about a general response/briefing schedule but figure we discuss what you guys planned and if I need to request a slight tweak or so just depending on schedule.

I am out of the office today but will sign these tomorrow.

Thanks,

Winston

**From:** Barnett, Mike (SHB) <MBARNETT@shb.com>
**Sent:** Friday, August 9, 2024 9:37 AM
**To:** Hsiao, Winston P (LAC) <Winston.Hsiao@skadden.com>; Hideaki Sano <sano@spplaw.com>
**Subject:** [Ext] Gregory v. Acrisure

Hide,

Sorry I missed your call and we were not able to connect. As these matters move to litigation, they are transitioning from our firm to Skadden. I've copied Winston Hsiao on this email for additional follow up on the waiver of service and other issues. I've forwarded the packet your office sent previously.

I've appreciated the opportunity to work with you on this matter.

Mike

**Michael B. Barnett**
*Partner*
Shook, Hardy & Bacon L.L.P.

816 559 2699 | mbarnett@shb com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================

**2 attachments**

 **Waiver of Service of Summons Form (Acrisure LLC).pdf**
254K

 **Waiver of Service of Summons Form (Benefits Matchmaking LLC).pdf**
254K