# EXHIBIT C

**John Gregory v. Acrisure, LLC, et al.**

**sano@spplawyers.com** <sano@spplawyers.com>  Tue, Sep 24, 2024 at 3:32 PM
To: Marc Ehrlich <mehrlich@reiflawgroup.com>, "Hsiao, Winston P" <Winston.Hsiao@skadden.com>
Cc: Brandon Reif <breif@reiflawgroup.com>, "Musante, Alyssa" <Alyssa.Musante@skadden.com>, Tara Lank <lank@sppplaw.com>

All,

The Court has ordered that I serve the Motion and Brief, etc. and its order seeking for you to file your non-opposition. Given the short deadlines in the order, I am emailing. Please acknowledge service by email so that we can file a proof, and then file your non-opposition.

Thanks,

Hide



Hideaki Sano

Of Counsel

**Salvatore Prescott Porter & Porter, PLLC**

105 E. Main Street

Northville, MI 48167

(248) 679-8711 (t)

(248) 773-7280 (f)

sano@spplaw.com

http://www.spplawyers.com

Like us on Facebook 



*This message originates from the law firm of Salvatore Prescott, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at sano@spplawyers.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

---

**From:** Marc Ehrlich <mehrlich@reiflawgroup.com>
**Sent:** Friday, September 20, 2024 6:51 PM
**To:** sano@spplawyers.com
**Cc:** Brandon Reif <breif@reiflawgroup.com>; 'Musante, Alyssa' <Alyssa.Musante@skadden.com>; 'Hsiao, Winston P' <Winston.Hsiao@skadden.com>
**Subject:** RE: John Gregory v. Acrisure, LLC, et al.


Hide,

I have two very small edits. One is the correction of a statute, and the other removes the word "slightly" from the last sentence before the conclusion (which I believe the Corporate Defendants' counsel also noted). They are highlighted in yellow. That's it.



**Marc S. Ehrlich**
Partner
MEhrlich@reiflawgroup.com