# EXHIBIT D



Tara Lank <lank@spplaw.com>

---

## John Gregory v. Acrisure, LLC, et al.

---

**Musante, Alyssa** <Alyssa.Musante@skadden.com>                     Tue, Sep 24, 2024 at 3:51 PM
To: "sano@spplawyers.com" <sano@spplawyers.com>, Marc Ehrlich <mehrlich@reiflawgroup.com>, "Hsiao, Winston P" <Winston.Hsiao@skadden.com>
Cc: Brandon Reif <breif@reiflawgroup.com>, Tara Lank <lank@spplaw.com>

Confirming receipt.

[Quoted text hidden]

Like us on Facebook 

[Quoted text hidden]
[Quoted text hidden]