| | |
|---|---|
| 1 | WINSTON P. HSIAO (SBN 273638) |
| 2 | winston.hsiao@skadden.com |
|   | ALYSSA MUSANTE (SBN 320821) |
| 3 | alyssa.musante@skadden.com |
|   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 4 | 300 South Grand Avenue, Suite 3400 |
|   | Los Angeles, California 90071-3144 |
| 5 | Telephone: (213) 687-5000 |
|   | Facsimile: (213) 687-5600 |
| 6 | |
| 7 | *Attorneys for Defendants Acrisure, LLC and Benefits Matchmaking LLC* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GREGORY, | **Case No.: 24-CV-1203-JES-MMP** |
| Plaintiff, | **NOTICE OF APPEARANCE OF WINSTON P. HSIAO** |
| v. | |
| ACRISURE, LLC, BENEFITS MATCHMAKING LLC and ADAM DEVONE, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Winston P. Hsiao of Skadden, Arps, Slate, Meagher & Flom LLP, who is admitted to practice before this Court, hereby enters his appearance as counsel of record on behalf of Defendants Acrisure, LLC and Benefits Matchmaking LLC in the above-captioned matter.

Counsel respectfully requests to be served with all pleadings, court papers and notices in this case, at the following address:

> WINSTON P. Hsiao
> Winston.Hsiao@skadden.com
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 300 South Grand Avenue
> Los Angeles, California 90071
> Telephone: (213) 687- 5000
> Facsimile: (213) 687 - 5600

Dated: October 2, 2024        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Winston P. Hsiao*_____
        WINSTON P. HSIAO
*Attorney for Defendants Acrisure, LLC and Benefits Matchmaking LLC*

---

NOTICE OF APPEARANCE OF WINSTON P. HSIAO        CASE No.: 24CV1203-JES-MMP

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071; and my email address is brigitte.travaglini@skadden.com.

On **October 2, 2024**, I served a copy of the following document(s) described as:

**NOTICE OF APPEARANCE OF WINSTON P. HSIAO; AND PROOF OF SERVICE**

On the following parties:

| **Via Electronic Mail** | **Via CM/ECF** |
|---|---|
| Brandon S. Reif, Esq. | Hideaki Sano |
| Reif Law Group P.C. | Salvatore Prescott Porter & Porter |
| 1925 Century Park East, Suite 1700 | 105 East Main Street |
| Los Angeles, CA 90067 | Northville, MI 48167 |
| breif@reiflawgroup.com | 248-679-8711 |
| *Attorney for Adam Devone* | 248-773-7280 (fax) |
| | sano@sppplaw.com |
| | *Attorney for Plaintiffs* |

The documents were served by the following means:

☒ (**BY ELECTRONIC SERVICE**) I caused the above-entitled document to be e-served through **CM/ECF, the court's electronic filing system** addressed to parties counsel identified above and appearing on the **CM/ECF, the court's electronic filing system** electronic service list for the above-entitled case.

☒ (**BY ELECTRONIC MAIL**) **the foregoing document was served electronically** by electronically mailing a true and correct copy through the firm's electronic mail system to the e-mail address(es), as stated in the above-referenced service list.

☒ (**FEDERAL**) I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on **October 2, 2024** at Los Angeles, California.

  Brigitte Travaglini
  PRINT NAME                                                             SIGNATURE